ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 APR 22 PM 4:48

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | |
| MICKAEL GEDLU | 3-25CR-187-B |

# INDICTMENT

The Grand Jury charges:

At all times material to this Indictment:

## General Allegations

1. Defendant **Mickael Gedlu** utilized a cellular telephone, assigned telephone number XXX-XXX-4370, which used the cellular network of an electronic communication service provider and facility of interstate commerce based in New Jersey.

2. Defendant **Mickael Gedlu** utilized a social media account, with an account ID of mickael.gedlu, of an electronic communications service provider and facility of interstate commerce based in California.

3. Public Official 1 was an elected public official in the State of Florida.

4. Public Official 2 was an elected public official in the State of Texas.

5. Public Official 3 was an elected public official in the State of Florida.

6. Cable News Network 1 was a broadcast cable television network headquartered in the State of New York.

7. Newspaper 1 was a newspaper headquartered in the State of Texas.

Indictment – Pg. 1

8. On or about January 20, 2021, Donald J. Trump became the former President of the United States.

9. On or about January 20, 2025, Donald J. Trump assumed the office of President of the United States.

## Communications

10. Between in or about June 2023, and continuing through on or about September 23, 2023, in the Northern District of Texas and elsewhere, defendant **Mickael Gedlu** used facilities of interstate and foreign commerce to transmit communications which included, but was not limited to the following:

   a. On or about June 3, 2023, defendant **Mickael Gedlu** commented on a social media post by Public Official 1, stating "I showed up at your Dallas event. I saw kids playing outside the Omni Hotel. Next time you come to Dallas, I'm gonna cause hell. Stay woke."

   b. On or about June 3, 2023, defendant **Mickael Gedlu** commented on a social media post by Public Official 1, stating "WOKE Terrorist here. I spent 15 months in federal detention for threatening to assassinate the former Republican president, donald trump. Google, Dallas Man Threatens Trump, and you'll find me."

   c. On or about June 3, 2023, defendant **Mickael Gedlu** commented on a social media post by Public Official 1, stating "I'm gonna hunt the [Political Party of Public Official 1] down like dogs."

   d. On or about June 4, 2023, defendant **Mickael Gedlu** commented on a

Indictment – Pg. 2

social media post by Public Official 1's wife, stating "COME TO DALLAS AND I WILL CALL FOR YOUR DEATH, not your husband."

e. On or about June 4, 2023, defendant **Mickael Gedlu** commented on a social media post by Public Official 1, stating "I'm gonna cause hell, when you come to Dallas on Thursday. I'm woke, and ready to die..."

f. On or about July 24, 2023, defendant **Mickael Gedlu** commented on a social media post by Cable News Network 1, stating "I'm woke and ready to die. Death to Trump. Death to [Public Official 1]."

g. On or about September 12, 2023, defendant **Mickael Gedlu** commented on his own social media post, "[PUBLIC OFFICIAL 1] in Dallas, on the 21st. Stay Woke."

h. On or about September 12, 2023, defendant **Mickael Gedlu** commented on his own social media post, "Since he's gonna be on Royal, where they just placed a pedestrian bridge (Red Hot Chili Peppers - Give it away now). Maybe I could go there with a KILL [PUBLIC OFFICIAL 1] poster board on the day of his arrival?"

i. On or about September 19, 2023, defendant **Mickael Gedlu** commented on his own social media post, ". . . [Public Official 1] will be in Dallas on the 21st. I was leaning on not disturbing that rich area of Dallas. DGAF. F#CK TH DALLAS POLICE, WHO-EVER."

j. On or about September 19, 2023, defendant **Mickael Gedlu** commented on a Clay County, Florida, public social media post "I'm going to harass

[Public Official 1], especially because of this, when he comes to Dallas."

k.  On or about September 19, 2023, defendant **Mickael Gedlu** posted on social media, "I shouted off the top of my lungs for Dallas and Richardson to hear that I intend to harass and terrorize [Public Official 1] when he comes to Preston Hollow on Thursday. I said this, only because I was triggered by Dallas Police sirens."

l.  On or about September 19, 2023, defendant **Mickael Gedlu** sent a direct message on social media to the account of Newspaper 1, stating "I'm gonna try to assault [Public Official 1] when he shows up Thursday."

m.  On or about September 20, 2023, defendant **Mickael Gedlu** posted on social media, "If I'm willing to spend 6 months in prison for calling for [Public Official 2's] death, because of Covid, I should be willing to do the same with [Public Official 1]."

n.  On or about September 20, 2023, defendant **Mickael Gedlu** commented on a social media post by Public Official 1's wife, stating "You're right, no more backing down.  You better not show up to Dallas."

o.  On or about September 20, 2023, defendant **Mickael Gedlu** commented on his own social media post, stating "Twitter banned. You can ban this too. I am going to assault [Public Official 1] when he comes to Dallas on Thursday. . ."

p.  On or about September 20, 2023, defendant **Mickael Gedlu**, utilizing the cellular telephone, assigned telephone number XXX-XXX-4370, called the

**Indictment – Pg. 4**

field office of Public Official 3, located in Florida, and left a voicemail stating, "I live in Richardson, Texas, and I am waiting for [Public Official 1] to come here tomorrow so I can fuck his ass up, bye…you fucking people are full of shit in Jacksonville, and yours [sic] don't get COVID virus vaccine and giving 3.5 million dollars to Clay County."

q. On or about September 21, 2023, defendant **Mickael Gedlu** drove to a private residence in Dallas, Texas, in a vehicle which had "Kill [Public Official 1] written in black lettering on the driver and passenger doors as well as the front bumper and rear hood. Public Official 1 was at the private residence.

Count One
Stalking
[Violation of 18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b)]

11. Paragraphs 1 through 10 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

12. Beginning in or about June 2023, and continuing through on or about September 23, 2023, in the Northern District of Texas and elsewhere, defendant **Mickael Gedlu**, with the intent to kill, injure, harass, and intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, namely Public Official 1, did use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including the internet, a cellular network, a computer, and a cellular telephone to engage in a course of conduct that (a) placed Public Official 1 in reasonable fear of death and serious bodily injury, and (b) caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Public Official 1.

In violation of 18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b).

Counts Two Through Four
Transmitting a Threatening Communication in Interstate Commerce
[Violation of 18 U.S.C. § 875(c)]

13. Paragraphs 1 through 10 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

14. On or about the dates identified below, in the Northern District of Texas and elsewhere, defendant **Mickael Gedlu** knowingly transmitted in interstate and foreign commerce the social media posts, social media messages, and telephone communications identified below containing threats to injure the person of another, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as threats, each communication forming a separate count:

| Count | Date | Target of Threat | Threatening Communication |
|---|---|---|---|
| Two | September 19, 2023 | Public Official 1 | Social Media direct message stating "I'm gonna try to assault [Public Official 1] when he shows up Thursday." |
| Three | September 20, 2023 | Public Official 1 | Social Media post stating "I am going to assault [Public Official 1] when he comes to Dallas on Thursday." |
| Four | September 21, 2023 | Public Official 1 | Voicemail stating "I live in Richardson, Texas, and I am waiting for [Public Official 1] to come here tomorrow so I can fuck his ass up, bye . . ." |

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
EDWARD L. HOCTER
Assistant United States Attorney
Texas Bar No. 24121668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Ted.Hocter@usdoj.gov

Indictment – Pg. 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**MICKAEL GEDLU**

INDICTMENT

18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b)
Stalking
(Count 1)

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Count 2-4)

4 Counts

A true bill rendered

_____
DALLAS                                                FOREPERSON

Filed in open court this 22 day of April, 2025.

-------------------------------------------------------------------

**Warrant to be Issued - In State Custody**

-------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending