IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:25-CR-187-B |
| MICKAEL GEDLU (01) | |

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for pretrial detention of the above named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    ☒ Crime of violence (18 U.S.C. § 3156);

    ☐ Maximum sentence of life imprisonment or death;

    ☐ 10 + year drug offense ;

    ☐ Felony, with two prior convictions in above categories;

    ☒ Serious risk defendant will flee;

    ☒ Serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness, or attempt to threaten, injure, or intimidate a prospective witness;

    ☐ Any felony involving a minor victim;

    ☐ Felony involving the possession or use of a firearm, destructive device, or any other dangerous weapon;

    ☐ Felony involving a failure to register under 18 U.S.C. § 2250.

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no

**Motion for Detention—Page 1**

conditions or combination of conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against the defendant because (check one or both):

☐ Probable cause to believe defendant committed 10+ year drug offense;

☐ Probable cause to believe defendant committed an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)(B) ;

☐ Probable cause to believe defendant committed a 20+ year peonage, slavery, or trafficking in persons offense, 18 U.S.C. §§ 1581 through 1597 (Title 18, Chapter 77);

☐ Probable cause to believe defendant committed an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐ Previous conviction for "eligible" offense committed while on release pending trial for a Federal, State, or local offense and not more than five years has elapsed since the date of conviction or the defendant's release from prison, whichever is later.

**Motion for Detention - Page 2**

    4.  <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

☐ At first appearance.

☒ After continuance of __3__ days (not more than 3 days excluding any intermediate weekend or holiday) pursuant to 18 U.S.C. § 3142(f)(2).

DATED this __21st__ day of __May__, 2025.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*s/ Walt M. Junker*
WALT M. JUNKER
Assistant United States Attorney
Texas Bar No. 24038115
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8630
Facsimile: 214.659.8803

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that true and correct copies of this document were served this day on counsel of record by electronically filing the document with the clerk of court for the U.S. District Court, Northern District of Texas using the ECF system.

*s/ Walt M. Junker*
WALT M. JUNKER
Assistant United States Attorney

**Motion for Detention—Page 3**